# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FIFTH GENERATION INC., | Before the U.S. Trademark Trial and Appeal Board (TTAB) of the U.S. Patent & Trademark Office |
| Opposer, | |
| v. | TTAB Opposition No. **91226034** |
| TITOMIROV VODKA LLC, | U.S. Trademark Application Serial No. 86/504,543 |
| Applicant. | Mark: TITOMIROV VODKA |

## TITOMIROV VODKA LLC MOTION TO QUASH SUBPOENA FOR DEPOSITION

TITOMIROV VODKA, LLC (hereinafter "Applicant"), through undersigned counsel, respectfully submits this Motion to Quash Subpoena[1] for 30(b)(6) deposition of Applicant, pursuant to Federal Rule of Civil Procedure (hereinafter "FRCP") 45 (d)(3)(A)(ii) and (iv). As set forth in the accompanying Memorandum of Law, pursuant to FRCP 45(c)(1)(B), Applicant cannot be compelled to attend a deposition in Maryland, a state in which Applicant and Applicant's sole officer do not reside, work, or conduct business. Moreover, requiring Applicant's sole officer to appear in Maryland would impose an undue burden.

WHEREFORE, Applicant, TITOMIROV VODKA, LLC, respectfully requests that this Court grant Applicant's Motion to Quash Subpoena to Applicant.

Respectfully submitted this 22nd day of July, 2016.

---

[1] Subpoena is enclosed herewith as Attachment A.

Respectfully submitted,

*[signature]*

William H. Bollman, Esq. (Md. Bar Reg. No. 12857)*

WENDEROTH LLP
1030 15th Street, N.W., Suite 400 East
Washington D.C. 20005
Tel: (202) 721-8225
Fax: (202) 721-8250
Email: wbollman@wenderoth.com

*[signature]*

Rebeccah Gan, Esq. (DC Bar Member)*

WENDEROTH LLP
1030 15th Street, N.W., Suite 400 East
Washington D.C. 20005
Tel: (202) 721-8227
Fax: (202) 721-8250
Email: rgan@wenderoth.com

*Counsel for TITOMIROV VODKA LLC / Applicant*

*Appearing for the purpose of quashing subpoenas pursuant to Local Rule 101(1)(c).